UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>GILDA A. PAPAZIAN, et al.,<br><br>    Defendants. | Case No.: 1:24-cv-00636-SAB<br><br>ORDER ADVISING PARTIES OF CONSENT TO MAGISTRATE JUDGE JURISDICTION<br><br>**SEVEN DAY DEADLINE** |

    Currently before the Court is Gilda A. Papazian, trustee of the Gilda A. Papazian Revocable Trust; and Kimberly R. Stillmaker, trustee of the Kimberly R. Hudson Revocable Trust's ("Defendants") motion to dismiss Jose Escobedo's ("Plaintiff") complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  Prior to the court deciding the motion to dismiss, the Court issues this order to advise the parties that they may consent to magistrate judge jurisdiction.

    Effective March 1, 2022, a certain percentage of civil cases are being directly assigned to a Magistrate Judge only, with consent or declination of consent forms due within 90 days from the date of filing of the action.  L.R. App. A(m)(1).  This action has been directly assigned to a Magistrate Judge only.  The parties here have not filed a consent or declination of consent form in this action yet.

    To consent or decline to magistrate judge jurisdiction, a party may sign and file the consent

1

form available on the Court's website.[1]  Parties may consent, decline or withhold consent without any adverse consequences, and the assigned Magistrate Judge will not be informed of the individual party's holding or withholding of consent.

Accordingly, **within seven (7) days** of the date of service of this order, the parties may file consent to the Magistrate Judge jurisdiction forms, and if all parties consent, this action will be reassigned to a magistrate judge for all purposes, otherwise, the case will be assigned to a District Judge for the issuance of findings and recommendations.

IT IS SO ORDERED.

Dated:   **August 7, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] The consent form is available at: http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/.