Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>   Plaintiff,<br><br>   vs.<br><br>GILDA A. PAPAZIAN, Trustee of the GILDA A. PAPAZIAN REVOCABLE TRUST under Trust Agreement dated January 14, 2010, et al.,<br><br>   Defendants. | No. 1:24-cv-00636-SKO<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER**<br><br>(Doc. 39) |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Escobedo ("Plaintiff"), and Defendants, Gilda A. Papazian, Trustee of the Gilda A. Papazian Revocable Trust under Trust Agreement dated January 14, 2010; Kimberly R. Stillmaker, Trustee of the Kimberly R. Hudson Revocable Trust under Trust Agreement dated January 14, 2010; and SA & SM LLC dba Mariscos El Diamante (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated March 28, 2025 (Dkt. 37) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

1     **IT IS FURTHER STIPULATED** that Plaintiff will file the First Amended Complaint
2 within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'
3 response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
4 filed.

5 **IT IS SO STIPULATED**.

6 Dated: May 13, 2025                                                MOORE LAW FIRM, P.C.

                                                         */s/ Tanya E. Moore*
                                                         Tanya E. Moore
                                                         Attorney for Plaintiff,
                                                         Jose Escobedo

Dated: June 11, 2025                                             GOLDEN LAW A.P.C.

                                                         */s/ Rachelle Taylor Golden*
                                                         Rachelle Taylor Golden
                                                         Attorneys for Defendants,
                                                         Gilda A. Papazian, Trustee of the Gilda A.
                                                         Papazian Revocable Trust under Trust
                                                         Agreement dated January 14, 2010;
                                                         Kimberly R. Stillmaker, Trustee of the
                                                         Kimberly R. Hudson Revocable Trust under
                                                         Trust Agreement dated January 14, 2010

Dated: June 16, 2025                                             CHAPMAN LAW P.C.

                                                         */s/ Zena M. Sin-Zaragoza*
                                                         Zena M. Sin-Zaragoza
                                                         Andrea M. Chapman
                                                         Attorneys for Defendant,
                                                         SA & SM LLC dba Mariscos El Diamante

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

**ORDER**

Based on the Parties' above stipulation, (Doc. 39), and good cause appearing, **IT IS HEREBY ORDERED** that within five (5) days of the date of this Order, Plaintiffs shall file an Amended Complaint conforming to the proposed amended complaint filed as an exhibit to the Parties' Stipulation.

**IT IS FURTHER ORDERED** that Defendants' response shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **June 20, 2025**                           /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE