UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>             Plaintiff,<br><br>    v.<br><br>GILDA A. PAPAZIAN, *Trustee of the GILDA A. PAPAZIAN REVOCABLE TRUST under Trust Agreement dated January 14, 2010*, et al.,<br><br>             Defendants. | No. 1:24-cv-00636-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 44) |

On November 20, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 44.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 22, 2025**          /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE